IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-cv-02706 ZLW-MJW

RBK SPINE, a Michigan limited liability company,

    Plaintiff,

v.

LANX, INC., a Delaware Corporation,,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT THE SCHEDULING CONFERENCE**
(Docket no. 7)

---

THIS MATTER comes before the Court upon Defendant's Unopposed Motion for Leave to appear by telephone at the February 4, 2011 Scheduling Conference. The Court having reviewed the Motion and being fully advised in the premise, hereby

GRANTS the Motion. Defendant's counsel is granted leave to appear by telephone at the February 4, 2011 Scheduling Conference. The Court's phone number is 303-844-2403

DATED: January 24, 2011

BY THE COURT:

*/s/ Michael J. Watanabe*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO