IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02706-ZLW-MJW

RBK SPINE, LLC,

Plaintiff(s),

v.

LANX, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Entry of Confidentiality Protective Order (docket no. 14) is GRANTED finding good cause shown.  The written Stipulated Confidentiality Protective Order (docket no. 14-1) is APPROVED as amended in paragraphs 7(a) and 14 and made an Order of Court.

Date:   May 3, 2011