IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-cv-02706-WYD-MJW

RBK SPINE, LLC,
a Michigan limited liability company,

Plaintiff,

v.

LANX, INC.,
a Delaware corporation,

Defendant.

---

### ORDER ON JOINT MOTION TO AMEND SCHEDULING ORDER
( Docket No. 22 )

---

It is hereby ORDERED that the Joint Motion to Amend Scheduling Order is GRANTED finding good cause shown. The deadlines of the Scheduling Order are hereby amended as follows:

- Expert witness disclosures shall be made on or before September 2, 2011.

- Rebuttal experts shall be disclosed on or before October 3, 2011.

- The discovery cutoff shall be extended to October 31, 2011.

- The deadline for service of discovery requests by mail shall be extended to September 28, 2011

- The deadline for service of discovery requests by hand shall be extended to September 30, 2011

- The deadline for filing dispositive motions shall be extended to November 21, 2011.

Entered this date of: August 2, 2011

By: _____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO