IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-cv-02706-RBJ-MJW

RBK SPINE, LLC,
a Michigan limited liability company,

Plaintiff,

v.

LANX, INC.,
a Delaware corporation,

Defendant.

---

### ORDER ON UNOPPOSED MOTION
### TO VACATE SETTLEMENT CONFERENCE
(Docket no. 26)

---

It is hereby ORDERED that Plaintiff RBK Spine, LLC'S Unopposed Motion to Vacate Settlement Conference is GRANTED. The settlement conference scheduled for October 4, 2011 by this Court's Minute Order of July 11, 2011 (Doc. # 21) are hereby VACATED. The parties are accordingly not required to submit updated settlement statements. The parties are further ORDERED to file a joint Status Report within 30 days of the close of discovery stating whether they believe a new settlement conference should be scheduled.

Entered this date of: September 27, 2011

By: /s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

#1563995 v1 den